# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144875

BETH HOFFMAN, Personal Representative
of the Estate of EDGAR BROWN, Deceased,
        Plaintiff-Appellee,

v

                               SC: 144875
                               COA: 289011

DR. PETER BARRETT,                Calhoun CC: 2003-003576-NH
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the March 8, 2012 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). At oral argument, the parties shall address whether the plaintiff's complaint should have been dismissed with prejudice because her notice of intent did not comply with MCL 600.2912b(4). The parties may file supplemental briefs within 35 days of the date of this order, but they should not submit mere restatements of their application papers.

MARILYN KELLY, J., would deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2012

_____
Clerk

d1002